GEORGE W.. PLATT, JR., individually as Assignee, etc., et al., Appellants, *v.* GILBERT V. HUNTER et al., Respondents.

(Argued October 25, 1881; decided October 28, 1881.)

*Edward S. Clinch* for appellants.

*Adam C. Ellis* for respondents.

Order granting extra allowance reversed, and judgment modified by striking out allowance, and, as thus modified, affirmed.
No opinion.
All concur.
Judgment accordingly.

---

WILLIAM RYLE, Appellant, *v.* ALBERT FALK, Respondent.

(Argued October 18, 1881; decided October 28, 1881.)

REPORTED below (24 Hun, 255).

*William G. Wilson* for appellant.

*H. W. Bookstaver* for respondent.

Agree to affirm on opinion of DAVIS, J., in court below.
All concur.
Order affirmed.